IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| GENERAL MOTORS CORPORATION DEX-COOL PRODUCTS LIABILITY LITIGATION. | ) CIVIL NO. MDL-03-1562-GPM ) ) ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter came before the Court on November 7, 2005, for a hearing on Liaison Counsel's motion to withdraw. The Court's January 21, 2004, Memorandum and Order appointing Liaison Counsel is **MODIFIED** as follows:

3. Matthew H. Armstrong of the law firm of Schlichter, Bogard & Denton shall serve as Plaintiffs' Liaison Counsel and shall have the following duties during the coordinated and consolidated pretrial proceedings in this Court:

   a. To coordinate the efficient communication between the Court and Plaintiffs' counsel by handling the filing of all motions and papers with the Court;

   b. To ensure that all orders, pleadings, and papers filed with or issued by the Court are transmitted to all Plaintiffs' counsel in an efficient and timely manner;

   c. To create and maintain a master service list of all parties and their respective counsel; and

   d. To distribute to all Plaintiffs' counsel all orders issued by the Panel concerning this proceeding in accordance with Rule of Procedure of the

Judicial Panel on Multidistrict Litigation 5.2(e).

\*\*\*

From this point forward, the Clerk of Court is **DIRECTED** to send notices and orders issued by the Court to the following attorneys.

| | |
|---|---|
| For Plaintiffs: | Matthew H. Armstrong<br>Schlichter, Bogard & Denton<br>2661 North Illinois, Suite 187<br>Swansea, Illinois 62226<br>Telephone:   (314) 621-6115 |
| For Defendant: | Martin K. Morrissey<br>Reed, Armstrong, Gorman, Mudge & Morrissey<br>1115 N. Buchanan Street, P.O. Box 368<br>Edwardsville, Illinois 62025<br>Telephone:   (618) 656-0257 |
| | Robert B. Ellis and Scott F. Hessell<br>Kirkland & Ellis L.L.P.<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone:   (312) 861-2000 |
| | Lawrence S. Buonomo<br>Office of the General Counsel<br>General Motors Corporation<br>400 Renaissance Center<br>P.O. Box 400, MC 482-026-601<br>Detroit, Michigan 48265-4000 |

**IT IS SO ORDERED.**

DATED:  11/16/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge