IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **GENERAL MOTORS CORPORATION** ) | |
| **DEX-COOL PRODUCTS LIABILITY** ) | **CIVIL NO. MDL-03-1562-GPM** |
| **LITIGATION.** ) | |
| ) | |
| **ANTHONY NATALE, JR., On Behalf of** ) | |
| **Himself and All Others Similarly Situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 05-10007-GPM** |
| ) | |
| **GENERAL MOTORS CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

This matter is before the Court on the motion brought by Defendant General Motors Corporation for reconsideration of the order entered March 9, 2006, remanding *Natale v. General Motors Corp.*, civil case number 05-10007-GPM, to state court for lack of subject matter jurisdiction. The Clerk of Court mailed a certified copy of the Court's remand order in the *Natale* case to the clerk of the relevant state court on March 10, 2006, thereby divesting the Court of jurisdiction to reconsider the remand order. *See Good v. Kvaerner U.S., Inc.*, NO. IP 1:03-CV-0476 SEB-, 2003 WL 23104240, at **1-2 (S.D. Ind. Dec. 12, 2003); *Pickard v. Central States S.E. & S.W. Areas Health & Welfare Fund*, NO. 02-C-0282-C, 2003 WL 23104276, at *1 (W.D. Wis. Feb. 12, 2003); *Consolidated Doors, Inc. v. Mid-America Door Co.*, 120 F. Supp. 2d 759, 769 (E.D. Wis.

2000); *Rice v. Mayflower Transit, Inc.*, NO. 95 C 0846, 1995 WL 347957, at *1 (N.D. Ill. June 8, 1995); *City of Valparaiso, Ind. v. Iron Workers Local Union No. 395*, 118 F.R.D. 466, 468-69 (N.D. Ind. 1987); *Eby v. Allied Prods. Corp.*, 562 F. Supp. 528, 531 (N.D. Ind. 1983); 14C Charles Alan Wright, Arthur R. Miller, & Edward H. Cooper, *Federal Practice and Procedure* § 3740 (3d ed. 1998 & Supp. 2005).  Accordingly, Defendant's motion (Doc. 143) is **DENIED**.

**IT IS SO ORDERED.**

DATED:  03/29/06

                                                  s/ G. Patrick Murphy
                                                  G. PATRICK MURPHY
                                                  Chief United States District Judge